**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309–9264
www.iasb.uscourts.gov

In the Matter of:  Case No. 14–00479–lmj7
Terri Renee Cathey

Debtor(s)

## CLERK'S NOTICE OF APPARENT RELATED CASES

It has come to the clerk's attention that the above captioned case may be related to the following:

Debtor(s): **Terri R. Huddleston**
Case No.: **02–19454**
Chapter: **7**
District: **Nevada Bankruptcy Court**
Date Filed: **August 19, 2002**

In accordance with the Court's current case assignment rules, the above captioned case is **assigned/ reassigned to Judge Lee M. Jackwig**

Virginia L. Satterstrom
Acting Clerk, U.S. Bankruptcy Court

Parties Served via BNC: Interested Parties